**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SHAWN CANADA, | Case No. 19-CV-0764 (JRT/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| PAUL SNELL, <br> ROGER CARR, <br> MATHIAS ANTONY, and <br> KEITH ELLISON, | |
| Defendant. | |

Shawn Canada, 1706 University Ave West, St. Paul, MN 55104, *pro se* petitioner.

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for respondents.

United States Magistrate Judge Steven E. Rau filed the Report and Recommendation on May 15, 2019 [ECF No. 16]. No objections have been filed to the Report and Recommendation in the time period permitted. Accordingly**, IT IS HEREBY ORDERED** that:

1. Shawn Canada's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 1] is **DISMISSED** without prejudice for failure to exhaust state remedies;

2. A certificate of appealability will **NOT BE GRANTED;**

3. Canada's Application to Proceed *In Forma Pauperis* [ECF No. 2] is **DENIED** as moot;

4. Canada's Motion to Stand Trial [ECF No. 4] is **DENIED** as moot;

5. Canada's Motion to Restructure Conditions [ECF No. 6] is **DENIED** as moot;

6. Canada's Motion to Add Defendants and Restructure Conditions [ECF No. 10] is **DENIED** as moot; and

7. Canada's Motion for Jury Trial and Immediate Release [ECF No. 13] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 13, 2019
at Minneapolis, Minnesota

                                            s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                            Chief Judge
                                            United States District Court